**Opinion issued February 13, 2024**



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-23-00659-CV
_____

**HECTOR D. JIMENEZ, Appellant**

**V.**

**SOUTHWEST GARDENS APARTMENTS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1206055**

---

## MEMORANDUM OPINION

Appellant, Hector D. Jimenez, has filed a notice of appeal from the trial court's August 30, 3023 final judgment. Appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

The clerk's record was filed in this appeal on September 28, 2023, and on October 30, 2023, the court reporter informed the Court that no record was taken. Appellant's brief was due to be filed on or before November 30, 2023. *See* TEX. R. APP. P. 38.6(a). Appellant did not file an appellant's brief.

On December 28, 2023, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond to the December 28, 2023 notice.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.